IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SIEMENS ENERGY & AUTOMATION, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:06cv0582 |
| ) | |
| CONTROL TECHNOLOGY, INC., ) | Judge Thomas A. Wiseman, Jr. |
| and FASTRAK SOFTWORKS, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before this Court are Control Technology, Inc.'s and FasTrak SoftWorks Inc.'s (collectively "Defendants") Motions for Summary Judgment (Doc. Nos. 68 and 71). These motions have been fully briefed. For the reasons set forth in the accompanying Memorandum, the Defendants' motions are DENIED without prejudice. This case is referred to Magistrate Judge Bryant for further case management.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge